UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ORLANDO VEGA,

                Plaintiff,

            -against-

ANDREW M. SAUL, Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

19 CIVIL 1118 (OTW)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated October 9, 2020, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g). Accordingly, Commissioner's Cross-Motion for Judgment on the Pleadings is DENIED.

**Dated:** New York, New York
           October 13, 2020

                                                                RUBY J. KRAJICK

                                                                  Clerk of Court

                                 BY:

                                                                  **Deputy Clerk**